JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ANTHONY QUINTANAR,<br>Petitioner,<br>v.<br>JOE A. LIZARRAGA, Warden,<br>Respondent. | Case No. 2:19-CV-00054-VAP (SK)<br>**JUDGMENT** |

Pursuant to the order denying the habeas petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: June 27, 2019

HON. VIRGINIA A. PHILLIPS
CHIEF U.S. DISTRICT JUDGE